IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MUHAMMAD AL-AMEEN, #110046, ) <br> a.k.a., TERRY D. RIVERS, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br>  ) <br> CARLA H. WOODALL, ) <br>  ) <br> Defendant. ) | CIVIL ACTION NO.1:12-CV-188-TMH <br> [WO] |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the defendant on April 27, 2012 (Doc. No. 11), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent addressed in this order. It is further

ORDERED that on or before May 14, 2012 the plaintiff shall file with the court copies of (i) each Rule 32 petition he attempted to file with the Circuit Court of Houston County, Alabama, including copies of any documents which indicate the petition was received by the state court and those pages indicating when the petition was mailed from the prison to the court, and (ii) all letters sent to him by the defendant regarding his attempts to file a Rule 32 petition. The plaintiff is advised if he does not have copies of these documents as stated in his complaint he shall file a sworn statement or affidavit

indicating the lack of these documents and explaining why he previously informed the court these documents were in his possession.

Done this 30th day of April, 2012.

        /s/ Charles S. Coody
    CHARLES S. COODY
    UNITED STATES MAGISTRATE JUDGE