IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MUHAMMAD AL-AMEEN, #110046, a.k.a., TERRY D. RIVERS,<br><br>    Plaintiff,<br><br>v.<br><br>CARLA H. WOODALL,<br><br>    Defendant. | CIVIL ACTION NO.1:12-CV-188-TMH<br>[WO] |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the defendant on May 24, 2012 (Doc. No. 15), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. On or before June 11, 2012, the plaintiff shall file with the court copies of (i) each Rule 32 petition he attempted to file with the Circuit Court of Houston County, Alabama, including copies of any documents which indicate the petition was received by the state court and those pages indicating when the petition was mailed from the prison to the court, and all letters sent to him by the defendant regarding his attempts to file a Rule 32 petition.

3. If the plaintiff does not have copies of these documents as previously stated in his complaint, he shall on or before June 11, 2012 file a sworn statement or affidavit indicating the lack of these documents *and* explaining why he previously informed the court these documents were in his possession.

The documents referenced in this order are necessary to the plaintiff proceeding on the claims presented in this cause of action.  The plaintiff is therefore *cautioned* if he fails to file a response to this order the Magistrate Judge will recommend that this case be dismissed.

Done this 24th day of May, 2012.


      /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE