IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MUHAMMAD AL-AMEEN, #110046,   )
   )
      Plaintiff,   )
   )
v.   )   CASE NO.  1:12-cv-0188-MEF
   )       [WO]
CARLA H. WOODALL,   )
   )
      Defendant.   )

# O R D E R

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's objections (Doc. #42, #43 & #44) filed on April 25, 2013 and May 1, 2013 to the Recommendation of the Magistrate Judge are overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #41) entered on April 16, 2013 is adopted;

3.  This case is DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. §1915(e)(2)(B)(i), (ii) and (iii).

DONE this 17th day of May, 2013.


   /s/ Truman M. Hobbs
   TRUMAN M. HOBBS
   SENIOR UNITED STATES DISTRICT JUDGE